IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

VALERIE ARROYO,                               *

            Plaintiff,                    *

v.                                             Case No. 3:25-CV-00071-CDL-AGH

                                          *

FRANKLIN COUNTY, et al,

                                          *

            Defendants.

                                          *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 21st day of May, 2026.

David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk